UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| MICHAEL VINCENT THRASHER, | : | CASE NO. 19-54628 - SMS |
| | : | |
| DEBTOR. | : | |

**UNITED STATES TRUSTEE'S OBJECTION TO
APPLICATION FOR FINAL COMPENSATION**

COMES NOW Nancy J. Gargula, United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed by 28 U.S.C. § 586(a), and objects as follows to the "Application for Final Compensation by Attorney" (the "Compensation Application") (Doc. No. 21) filed by Milton D. Jones (the "Attorney Jones") on May 12, 2019.

1. Michael Vincent Thrasher (the "Debtor") commenced this case by filing a voluntary petition for relief under chapter 11 of the Bankruptcy Code on March 25, 2019 (the "Petition Date").

2. On April 23, 2019, Attorney Jones filed an Application to Employ Milton D. Jones as Attorney for Debtor (the "Employment Application") (Doc. No. 17).

3. On April 25, 2019, the Court entered an order granting the Employment Application subject to objection by the United States Trustee within 21 days (Doc. No. 18)

4. On May 15, 2019, the United States Trustee filed an objection to the Employment Application (the "Employment Objection") (Doc. No. 26).

5. In the Compensation Application, Attorney Jones seeks compensation in the amount of $15,277.50 for services rendered in connection with the case from January 17, 2019 through May 12, 2019. Attorney Jones also agreed to waive any compensation above the initial retainer.

6. The United States Trustee has reviewed the Application and objects to allowance of the requested fees.

7. Section 330(a) of the Bankruptcy Code states

(1) After notice to the parties in interest and the United States Trustee and a hearing . . . the court may award to . . . a professional person employed under section 327 . . . –
   (A) reasonable compensation for actual, necessary services rendered by the . . . attorney and by any paraprofessional person employed by [attorney] . . . .
(3) In determining the amount of reasonable compensation to be awarded to [a] . . . professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
   (A) the time spent on such services;
   (B) the rates charged for such services;
   (C) whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
   (D) whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed . . .

8. In order to receive compensation as an administrative expense under section 330, a professional person must be employed under section 327 – the professional person must file an appropriate application with the Court, and the Court must enter an order approving that application.

9. While the Court has entered an order approving the Employment Application, the United States Trustee filed an objection that argues that Attorney Jones is not disinterested and, therefore, the Application should be denied.

10. To the extent the Court sustains the Employment Objection, Attorney Jones is not entitled to compensation under section 330.

11. Additionally, the Application is deficient because the professional time summary attached to the Application fails to describe each of the listed activities with adequate detail for the

United States Trustee and other parties to objectively review the Application. The lack of detail prevents the United States Trustee from determining whether the services rendered were necessary to the administration of Debtor's case and whether the services were performed within a reasonable amount of time.

WHEREFORE the United States Trustee requests the Court (i) decline to award Milton D. Jones any compensation, (ii) direct Milton D. Jones to turn the pre-petition retainer over to the chapter 7 trustee, and (iii) grant such other relief as the Court may deem just.

> NANCY J. GARGULA
> UNITED STATES TRUSTEE
> REGION 21
>
> By: _____/s/_____
> Lindsay P. S. Kolba
> Georgia Bar No. 541621
> United States Department of Justice
> Office of the United States Trustee
> 362 Richard Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, Georgia 30303
> (404) 331-4437
> lindsay.p.kolba@usdoj.gov

## CERTIFICATE OF SERVICE

      This is to certify that I have on this day electronically filed the foregoing *United States Trustee's Objection Application for Final Compensation* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case filing program.

| | |
|---|---|
| Ron C. Bingham | ron.bingham@arlaw.com, lianna.sarasola@arlaw.com |
| Lisa F. Caplan | lcaplan@rubinlublin.com, ruluecf@gmail.com, akhosla@rubinlublin.com, nbrown@rubinlublin.com, mhashim@rubinlublin.com, jdabbs2@rubinlublin.com, RULUECF@GMAIL.COM, BKRL@ecf.courtdrive.com |
| Milton D. Jones | miltondjones@comcast.net, mmajone1@comcast.net, G61681@notify.cincompass.com |
| Robin J. Leigh | rleigh@law.ga.gov |

      I further certify that on this day, I caused a copy of this document to be served via United States First Class Mail, with adequate postage prepaid on the following parties at the address shown for each.

Michael Vincent Thrasher
4 Cascade Pointe Dr SW
Atlanta, GA 30331-8501

                                                                     /s/
                                          Lindsay P. S. Kolba
                                          Georgia Bar No. 541621
                                          United States Department of Justice
                                          Office of the United States Trustee
                                          362 Richard B. Russell Building
                                          75 Ted Turner Drive, SW
                                          Atlanta, Georgia 30303
                                          (404) 331-4437, ext. 152
                                          lindsay.p.kolba@usdoj.gov